# Exhibit A

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **MLB CONSULTING, LLC** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **v.** | § |
| | §    **CIVIL ACTION NO.** <u>2:17-CV-0169</u> |
| **SUNDANCE ENERGY, INC. D/B/A SEA** | § |
| **EAGLE FORD, LLC AND MESA** | § |
| **SOUTHERN WELL SERVICING, LP,** | § |
| | § |
| **Defendants.** | § |

**INDEX OF MATERIALS ATTACHED TO NOTICE OF REMOVAL**

| No. | Date Filed or Entered | Document |
|---|---|---|
| A-1 | N/A | List of Counsel of Record |
| A-2 | N/A | State Court Docket Sheet |
| A-3 | 03/08/2017 | Plaintiff's Original Petition, Requests for Disclosure & Jury Demand |
| A-4 | 04/21/2017 | Citation and Return of Service – Mesa Southern Well Servicing, LP |
| A-5 | 04/24/2017 | Citation and Return of Service – Sundance Energy, Inc. |
| A-6 | 05/04/2017 | Original Answer of Defendant Mesa Well Servicing, LP and Verified Denial |
| A-7 | 05/17/2017 | Defendant Sundance Energy, Inc.'s Original Answer |
| A-8 | 05/24/2014 | Certificate of Merger – Mesa Well Servicing, LP |
| A-9 | 05/18/2017 | Defendant Mesa Southern Well Servicing, LP's Consent to Removal |

# Exhibit A-1

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MLB CONSULTING, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.** <u>2:17-CV-0169</u> |
| **SUNDANCE ENERGY, INC. D/B/A SEA** | § | |
| **EAGLE FORD, LLC AND MESA** | § | |
| **SOUTHERN WELL SERVICING, LP,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>LIST OF COUNSEL OF RECORD</u>

**Counsel for Plaintiff:**
**MLB Consulting, LLC**

Fred L. Shuchart
State Bar No. 18316250
**COOPER & SCULLY, P.C.**
815 Walker Street, Suite 1040
Houston, Texas 77002
Telephone: (713) 236-6800
Facsimile: (713) 236-6880
fred@cooperscully.com

**Counsel for Defendant:**
**Sundance Energy, Inc.**

James H. Moody, III, Attorney-in-Charge
Texas Bar No. 14307400
S.D. Bar No. 17723
**QUILLING, SELANDER, LOWNDS,**
   **WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
hmoody@qslwm.com

**Counsel for Defendant:**
**Mesa Southern Well Servicing, LP**

Brian L. Blakeley
State Bar No. 029428900
**BLAKELEY LAW FIRM**
503 Avenue A, Suite 1121
San Antonio, Texas 78215
(210) 860-1438 (Telephone)
brian@blakeleylawfirm.com

# Exhibit A-2

iDocket.com — Your gateway to court case information!

| Search | Case History | Parties | Attorneys | | | | Home | Log Out |

[ All ] | Motions | Orders | Answers / Citations | Other Documents / Actions | Costs | Payments | Ledger

Check out our new affordable subscription plans at
**iDocket.com**

( View Case Track™ ) ———————— ( Start Case Track™ )

Civil Docket; Case 17-03-56979-CV; Accounts, Contracts, Notes
MLB CONSULTING, LLC vs SUNDANCE ENERGY,INC.D/B/A SEA EAGLE FORD, LLC AND MESA
SOUTHERN WELLS SERVICING,LP
Filed 03/08/2017 - Disposition:
79th District Court, District Clerk, Jim Wells County, Texas

——————————————————————— ( Help )

View Document Images

| Date | Description/Comments | Reference | Typ | Amount |
|------|----------------------|-----------|-----|--------|
| 03/08/2017 | Weigang - Plaintiff's Original Petition - EFiled on 03/08/2017 11:52 AM. Submitted by: Fred Shuchart (fred.shuchart@cooperscully.com); Comments: JURY FEE FOUND IN THIS ORIGINAL PETITION | | TXT | |
| 03/13/2017 | Weigang-Request for Citations - EFiled on 03/13/2017 11:39 AM. Submitted by: Fred Shuchart (fred.shuchart@cooperscully.com); Comments: | | " | |
| 03/22/2017 | CITATION ISSUED TO MESA SOUTHERN WELLSERVICING,LP BY SERVING REGISTERED AGENT, JAMES FINLEY/DELIVER TO ATTORNEY (MALIED) | | " | |
| 03/22/2017 | CITATION ISSUED TO SUNDANCE ENERGY,INC.d/b/a SEA EAGLE FORD,LLC/DELIVER BY CERTIFIED MAIL#7016-0910-0001-6327-5350 | | " | |
| 03/24/2017 | CIT CERT MAIL RETURN RECEIPT RECEIVED-SUNDANCE ENERGY INC DBA SEA EAGLE FORD LLC SRVD 3-24-2017 | | " | |
| 04/05/2017 | Weigang - Ltr Clerk re Citation - EFiled on 04/05/2017 4:41 PM. Submitted by: Fred Shuchart (fred.shuchart@cooperscully.com); Comments: //LETTER REQUESTING CITATION | | " | |
| 04/10/2017 | CITATION ISSUED TO SUNDANCE ENERGY,INC.d/b/a SEA EAGLE FORD, LLC/DELIVER TOATTORNEY (MAILED) | | " | |
| 04/17/2017 | Return of Service - Mesa Southern Well Servicing - EFiled on 04/21/2017 4:28 PM. Submitted by: Fred Shuchart (fred.shuchart@cooperscully.com); Comments: //CIT RETURN-MESA SOUTHERN WELL SERVICING LP SRVD 4-17-2017 | | " | |
| 04/18/2017 | Return of Service - Sundance - EFiledon 04/24/2017 1:37 PM. Submitted by: Fred Shuchart (fred.shuchart@cooperscully.com); | | " | |

| | | | | |
|---|---|---|---|---|
| | Comments: //CIT RETURN AND AFFIDAVIT-SUANCANCE ENERGY INC DBA SEA EAGLE FORD LLC SRVD 4-18-2017 | | | |
| 05/04/2017 | Mesa Original Answer - EFiled on 05/04/2017 6:29 PM. Submitted by: Brian Blakeley (brian@blakeleylawfirm.com); Comments: | | " | |
| 05/17/2017 | Original Answer (General Denial - HM Version) - EFiled on 05/17/2017 10:08 AM. Submitted by: Shannon Wright (swright@qslwm.com); Comments: | | " | |

Search | Case History | Parties | Attorneys                          [ Return to Top ]
All | Motions | Orders | Answers / Citations | Other Documents / Actions | Costs | Payments | Ledger

© 1999 Solutions, Inc. All rights reserved.                          User ID: JENNIFERLHUSBAN
Unauthorized access is prohibited. Usage will be monitored.          Viewed as of: May 18, 2017. time: 06:54:25
Agreements

# Exhibit A-3

Filed 3/8/2017 11:52:57 AM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Juana Ramirez, Deputy

CERTIFIED

CAUSE NO. 17-03-56979-CV _____

| | | |
|---|---|---|
| MLB CONSULTING, LLC | § | IN THE DISTRICT COURT |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | \_\_\_\_\_ JUDICIAL DISTRICT |
| | § | |
| SUNDANCE ENERGY, INC. D/B/A SEA | § | |
| EAGLE FORD, LLC AND MESA | § | |
| SOUTHERN WELL SERVICING, LP, | § | |
| | § | |
| DEFENDANTS. | § | OF JIM WELLS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION,
## REQUESTS FOR DISCLOSURE & JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW MLB CONSULTING, LLC ("MLB"), Plaintiff in the above numbered cause, and files this Original Petition against Defendants SUNDANCE ENERGY, INC. d/b/a SEA EAGLE FORD, LLC ("Sundance") and MESA SOUTHERN WELL SERVICING, LP ("Mesa"), stating as follows:

### I.
### DISCOVERY LEVEL

1.      Plaintiff pleads that discovery should be conducted under Level 3.

### II.
### PARTIES

2.      Plaintiff MLB is an Oklahoma limited liability corporation with its principle place of business in Elk City, Oklahoma.  The real plaintiff in interest is National American Insurance Company who is bringing this suit in the name of its insured, MLB Consulting, LLC.  National American Insurance Company is an Oklahoma corporation with its principle place of business in Chandler, Oklahoma.

3.      Defendant Sundance is a Texas corporation with its principle place of business in Dallas, Texas.  It may be served by serving its registered agent:

CT Corporation System
1999 Bryan Street
Suite 1900
Dallas, Texas 75201

4.      Defendant Mesa is a Texas corporation with its principle place of business in Jourdanton, Texas.  It may be served by serving its registered agent:

James Finley
1308 Lake Street
Fort Worth, Texas 76102

### III.
### JURISDICTION & VENUE

5.      This Court has subject matter jurisdiction of this cause and jurisdiction to grant all of the relief Plaintiff requests.

6.      The amount in controversy is within the jurisdictional limits of this Court.

7.      This Court has jurisdiction over Defendants because Defendants have purposefully availed themselves of the privileges and benefits of conducting business in Texas.

8.      Venue is proper in Jim Wells County because the events giving rise to the cause of action occurred in Jim Wells, County.

### IV.
### BACKGROUND FACTS

9.      On April 18, 2013, Sundance and MLB entered into a Master Service Agreement ("MLB-Sundance MSA") which contains the following provision:

### INDEMNITY

***

Company[Sundance] agrees to protect, defend, indemnify and hold harmless Contractor[MLB] ... from and against all claims, demands, and causes of action ...without limit and without regard to the cause ... arising in connection herewith in favor of Company, its customers, other contractors or their respective employees ....

10.     On October 15, 2013, Sundance and Mesa entered into a Master Service Agreement ("Mesa-Sundance MSA") which contains the following provision:

INDEMNITY

***

Contractor[Mesa] agrees to protect, defend, indemnify and hold harmless Company, its contractors ... from and against all claims, demands, and causes of action ... without limit and without regard to the cause ... arising in connection herewith in favor of Contractor, ... or their respective employees ....

11.     Glen Weigang and Abel Pena, employees of Mesa, were injured while working on a project owned and/or run by Sundance.  As a result, Weigang and Pena brought suit against Sundance, Mesa and MLB, among others, styled *Melissa Weigang, et. al, Plaintiffs and Abel Pena, Intervenor v. South Texas Oilfield Solutions, LLC, et. al.*; Cause No. 14-12-54002-CV; In the 79th Judicial District Court of Jim Wells County, Texas ("Underlying Lawsuit").

12.     Pursuant to the MLB-Sundance MSA, Sundance owes MLB a defense and indemnification from the allegations against it contained in the Underlying Lawsuit.

13.     Pursuant to the Mesa-Sundance MSA, Mesa owes MLB a defense and indemnification from the allegations against it contained in the Underlying Lawsuit.

14.     MLB tendered its defense and indemnification to Sundance and Sundance refused and continues to refuse to provide MLB a defense and indemnification.

15.     MLB tendered its defense and indemnification to Mesa and Mesa refused and continues to refuse to provide MLB a defense and indemnification.

16.     As a result, MLB, through its carrier National American Insurance Company, was forced to incur and pay the sum of $203,303.54 in reasonable, necessary and customary attorney fees and expenses to defend the allegations against it in the Underlying Lawsuit.

17.     MLB has been forced to retain the services of the undersigned to pursue its claim asserted herein and will be forced to incur reasonable, necessary and customary attorney fees and expenses to pursue this action.

V.
### CAUSE OF ACTION

18.     MLB incorporates by reference and re-alleges the allegations contained in paragraphs 1-17, inclusive herein.

19.     A set forth above, Sundance breached the MLB-Sundance MSA by failing to defend and indemnify MLB from the allegations against it in the Underlying Lawsuit.

20.     A set forth above, Mesa breached the Mesa-Sundance MSA by failing to defend and indemnify MLB from the allegations against it in the Underlying Lawsuit.

21.     As a direct and proximate result of Sundance's breach of the MLB-Sundance MSA, MLB has suffered damages in an amount no less than $203,303.54.

22.     As a direct and proximate result of Mesa's breach of the Mesa-Sundance MSA, MLB has suffered damages in an amount of no less than $203,303.54.

23.     MLB has and will continue to incur reasonable, necessary and customary attorney fees and expenses to pursue this action and is entitled to recover same pursuant to TEXAS CIVIL PRACTICE AND REMEDIES CODE § 38.001, et seq.

24.     All conditions precedent to recovery have been met.

## VI.
## REQUESTS FOR DISCLOSURE

Under Rule 194 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant is requested to disclose, within fifty (50) days of service of this Petition and this request, the information or material described in TEX. R. CIV. P. 194.2(a)-(k).

## V.
## JURY DEMAND

Plaintiff requests a trial by jury and tenders the required fee with the filing of this petition.

## VIII.
## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff MLB CONSULTING, LLC respectfully prays that Defendants SUNDANCE ENERGY, INC. d/b/a SEA EAGLE FORD, LLC and MESA SOUTHERN WELL SERVICING, LP be cited to appear, that upon trial, MLB be awarded the sum of no less than $203,303.54 plus its reasonable, necessary and customary attorney fees and expenses incurred herein along with pre and post judgment interest and for such other and further relief to which it is justly entitled.

Respectfully submitted,

By:___ /s/ Fred Shuchart _____
    FRED L. SHUCHART
    SBN 18316250
COOPER & SCULLY, P.C.
815 Walker St., Suite 1040
Houston Texas 77002
(713) 236-6800
(713) 236-6880 fax
Fred@cooperscully.com
**ATTORNEYS FOR PLAINTIFF**

STATE OF TEXAS
COUNTY OF JIM WELLS

I, R. David Guerrero District Clerk of Jim Wells County, Texas do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, filed on ___March 8, 2017___ as appears ___On file___ in my office.

Witness my official hand and seal of office, this ___April 10, 2017___

R. DAVID GUERRERO, District Clerk
Jim Wells County, Texas

By: ___ Juana Ramos___ Deputy

# Exhibit A-4

Filed 4/21/2017 4:28:20 PM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Sandra Garcia, Deputy

## CITATION – Personal Service

THE STATE OF TEXAS

COUNTY OF JIM WELLS

CAUSE NO. 17-03-56979-CV

TO: MESA SOUTHERN WELL SERVICING,LP BY SERVING ITS REGISTERED AGENT, JAMES FINLEY, 1308 LAKE STREET, FORT WORTH, TEXAS 76102

(or wherever he/she may be found) Notice to DEFENDANT : You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 79TH Judicial District Court, Alice, Jim Wells, Texas |
|---|---|
| Cause No.: | 17-03-56979-CV |
| Date of Filing: | MARCH 8, 2017 |
| Document: | PLAINTIFF'S ORIGINAL PETITION, REQUESTS FOR DISCLOSURE & JURY DEMAND |
| Parties in Suit: | MLB CONSULTANT, LLC VS SUNDANCE ENERGY, INC.,D/B/A SEA EAGLE FORD,LLC AND MESA SOUTHERN WELL SERVICING,LP |
| Clerk: | R. David Guerrero, District Clerk, 200 N. Almond St., Ste. 207/P.O. Drawer 2219 Alice, TX 78333 |
| Party or Party's Attorney: | FRED L. SHUCHART,ATTORNEY, 815 WALKER ST., STE. 1040, HOUSTON, TEXAS 77002 |

Issued under my hand and seal of this said court this the 22 day of MARCH , 20 17 .

R, David Guerrero, District Clerk
Jim Wells County, Texas

BY: _Juana P. Ramirez_ Deputy
JUANA P.RAMIREZ

### Service Return

Came to hand on the 30th day of March , 2017 , at 2:50 pm. and executed on the 17th day of April , 2017 , at 12:00 pM by delivering to the within named James Finley, Registered Agent Certified Registered Mail in person a true copy of this citation, with attached copy(ies) of the Mesa Southern Well Servicing, LP at 1308 Lake Street, Fort Worth, Texas 76102 .

[ ] Not executed. The diligence use in finding DEFENDANT being _____

[ ] Information received as to the whereabouts of DEFENDANT being_____

| Service Fee: $ | | Sheriff/Constable |
|---|---|---|
| | Tarrant | County, Texas |
| Service ID No. | ScH # 406 Exp 6/30/17   Shelia Lee | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _Shelia Lee_ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated; upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Jim Wells County Courts to serve process.

Subscribed and sworn to before me on this the 19th day of April , 20 17 .

_____Notary Public

** Service by Rule 106 TRC if directed by attached Court Order


RICKEY LEE
Notary Public, State of Texas
My Commission Expires
March 20, 2018

This document was retrieved from the iDocket.com website.

SEMINARY HILL
1001 ALTAMESA BLVD
FORT WORTH
TX
76134-9411
4032301198
(800)275-8777          4:12 PM

04-12-2017

| Product Description | Sale Qty | Final Price |
|---|---|---|
| | 1 | $0.70 |

First-Class
Mail
Letter
    (Domestic)
    (FORT WORTH, TX 76102)
    (Weight:0 Lb 1.10 Oz)
    (Expected Delivery Day)
    (Wednesday 04-19-2017)                        $3.75
Certified
    (USPS Certified Mail #)
    (70163560000033557999)                        $2.75
Return
Receipt
    (USPS Return Receipt #)
    (9590940252360508474843)
                                                  $6.80

Total                                             $6.80

Debit Card Remit'd                               $6.80
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXX08841)
    (Approval #:    )
    (Transaction #:    )
    (Receipt #:009423)
    (Debit Card Purchase:$6.80)
    (Cash Back:$0.00)

***********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
***********************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*************************************

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT

7016 3560 0000 3355 7999

USPS Return Receipt (?)
(9590940225303656674840)

```
Total                          $6.80
Debit Card Remit'd             $6.80
     (Card Name:Debit Card)
     (Account #:XXXXXXXXXXXX9841)
     (Approval #:       )
     (Transaction #:970)
     (Receipt #:009423)
     (Debit Card Purchase:$6.80)
     (Cash Back:$0.00)
```

```
*********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*********************************
```

```
Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.
```

```
Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.
```

```
*********************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*********************************
```

```
All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

      HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

            Go to:
https://postalexperience.com/Pos
   840-5760-0638-001-00010-41650-02
   or scan this code with
    your mobile device:
```



```
   or call 1-800-410-7420.

    YOUR OPINION COUNTS
```

```
Bill #:  840-57600638-1-1041650-2
Clerk:   24
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

7016 3560 0000 3355 7499

FORT WORTH TX 76102

| Certified Mail Fee $3.35 | | 0115 |
| --- | --- | --- |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | 24 |
| ☐ Return Receipt (hardcopy) | $ $1.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.70 | | |
| $ | | 04/17/2017 |
| Total Postage and Fees $6.80 | | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

This document was retrieved from the iDocket.com website.

# Exhibit A-5

Filed 4/24/2017 1:37:59 PM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Sandra Garcia, Deputy

**ORIGINAL**

**CITATION – Personal Service**

THE STATE OF TEXAS                                COUNTY OF JIM WELLS

CAUSE NO. 17-03-56979-CV

TO: SUNDANCE ENERGY,INC.d/b/a SEA EAGLE FORD,LLC BY AND THROUGH ITS REGISTERED AGENT, CATHY ANDERSON, 633 17TH ST., STE. 1950, DENVER, COLORADO  80202

(or wherever he/she may be found) Notice to DEFENDANT       : You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation and petition by 10:00 A.M.on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 79TH Judicial District Court, Alice, Jim Wells, Texas |
|---|---|
| Cause No.: | 17-03-56979-CV |
| Date of Filing: | MARCH 8, 2017 |
| Document: | PLAINTIFF'S ORIGINAL PETITION , REQUESTS FOR DISCLOSURE AND JURY DEMAND |
| Parties in Suit: | MLB CONSULTING,LLC<br>VS<br>SUNDANCE ENERGY, INC. D/B/A<br>SEA EAGLE FORD,LLC AND<br>MESA SOUTHERN WELL SERVICING,LP |
| Clerk: | R. David Guerrero, District Clerk, 200 N. Almond St., Ste. 207/P.O. Drawer 2219 Alice, TX 78333 |
| Party or Party's Attorney: | FRED L. SCHUCHART,ATTORNEY, 815 WALKER ST., STE. 1040, HOUSTON, TX.  77002 |

Issued under my hand and seal of this said court on this the 10 day of APRIL , 20 17 .

R, David Guerrero, District Clerk
Jim Wells County, Texas

BY: _Juana P. Ramirez_ Deputy
JUANA P.RAMIREZ

**Service Return**

Came to hand on the _____ day of _____, 20___ , at _____m., and executed on the _____ day of _____, 20___ , at _____ M by delivering to the  within  named _____

_____ in person  a true copy of this citation, with attached copy(ies) of the _____ at _____ .

[ ] Not executed. The diligence use in finding DEFENDANT       being _____

[ ] Information received as to the whereabouts of  DEFENDANT       being_____

| Service Fee: $ | Sheriff/Constable |
|---|---|
|  | County, Texas |
| Service ID No. | Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated:  upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure.  I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Jim Wells County Courts to serve process.

Subscribed and sworn to before me on this the _____ day  of_____, 20___.

_____Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

**POSTED**

This document was retrieved from the iDocket.com website.

## VERIFIED RETURN OF SERVICE

State of Texas                          County of Jim Wells                          District Court

Case Number: 17-03-56979-CV

Plaintiff:
**MLB CONSULTING, LLC**

vs.

Defendant:
**SUNDANCE ENERGY, INC D/B/A
SEA EAGLE FORD, LLC AND
MESA SOURTHNER WELL SERVICING, LP**

For:
Fred L. Shuchart
Cooper & Scully P.C.
815 Walker Street, Suite 1040
Houston, TX 77002

Received by Roland Process Svc & Investigations, LLC on the 18th day of April, 2017 at 10:55 am to be served on **SUNDANCE ENERGY, INC D/B/A SEA EAGLE FOOD, LLC, 633 17TH S STE 1950, DENVER, CO 80202.**

I, Harry Scott Ferron, being duly sworn, depose and say that on the **18th day of April, 2017** at **11:49 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CITATION, CITATION and PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND JURY DEMAND** with the date and hour of service endorsed thereon by me, to: **CATHY ANDERSON** as Registered Agent at the address of: **633 17TH S STE 1950, DENVER, CO 80202** on behalf of **SUNDANCE ENERGY, INC D/B/A SEA EAGLE FOOD, LLC,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'5", Weight: 150, Hair: GREY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Subscribed and affirmed before me in the County of
Denver, State of Colorado, on the 19th day of April,
2017.

NOTARY PUBLIC

JAMES D ROLAND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104007082
MY COMMISSION EXPIRES MARCH 3, 2018

**Harry Scott Ferron**

**Roland Process Svc & Investigations, LLC
1660 S Albion Street, Suite 204
Denver, CO 80222
(720) 382-1882**

Our Job Serial Number: JDR-2017004814
Service Fee: $65.00

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d



This document was retrieved from the iDocket.com website.

**SERVE PERSONALLY**

## Roland Process Svc & Investigations, LLC

**Priority: STANDARD**                                  **Field Sheet #2017004814**

Received: 4/18/2017 at 10:55 am
Court Date:        Filed:

**SERVE PERSONALLY**

**SERVE:**
**Work:** (PERSONAL DAY SERVE) SUNDANCE ENERGY, INC D/B/A SEA EAGLE FOOD, LLC C/O R/A CATHY ANDERSON, 633 17TH S STE 1950, DENVER, CO 80202

**SPECIAL INSTRUCTIONS:** Writ expires 4/25/2017.  Last Day to Serve 4/25/2017.  >>PERSONAL SERVE ON CATHY ANDERSON, TEXAS FILE, NO SERVICE ON SUNDAY<<

| Attempts | | | Server: **Harry Scott Ferron** |
|---|---|---|---|
| | Date | Time | Comments |
| 1. | / | | |
| 2. | / | | |
| 3. | / | | |
| 4. | / | | |
| 5. | / | | |
| 6. | / | | |
| 7. | / | | |
| 8. | / | | |

**Actual Service Info**

4/18          Type: F/S                 Married? _____
Served on: Cathy Anderson        Military? _____
                    Same                As: _____
Address: _____
Comments: _____ N/A

Miles _____
Hours _____
Additional Addr: 1  2  3
Courier _____
Out of Pocket Costs _____

Age 65   Sex M F   Race CAUC   Height 5'5"H   Weight 150   Hair GREY   Glasses Y N

Case Number: 17-03-56979-CV   Jim Wells   District
Plaintiff
MLB CONSULTING, LLC

Defendant
SUNDANCE ENERGY, INC D/B/A SEA E

Type of Writ: CITATION, CITATION and PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND JURY DEMAND

Client:  Fred L. Shuchart
Firm:   Cooper & Scully P.C.
Contact: Rhodes, Angela
Phone:  (713) 236-6800      Fax: (713) 236-6880
Client Reference Number:

I acknowledge receipt of the above documents

X _Cathryn G. Anderson_
SIGNATURE OF RECIPIENT

_____
PROCESS SERVER'S SIGNATURE

Copyright ©1995-2017 Database Services, Inc - Process Server's Toolbox V7.2d

**SERVE PERSONALLY**

This document was retrieved from the iDocket.com website.

# Exhibit A-6

Filed 5/4/2017 6:29:47 PM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Sandra Garcia, Deputy

**Cause Number 17-03-56979-CV**

| | | |
|---|---|---|
| MLB CONSULTING , LLC | § | IN THE |
| PLAINTIFF | § | |
| | § | 79TH  DISTRICT COURT |
| V. | § | |
| | § | OF |
| SUNDANCE ENERGY, INC | § | |
| AND | § | JIM WELLS COUNTY, TEXAS |
| MESA SOUTHERN WELL SERVICING, | § | |
| LP | § | |
| DEFENDANTS | § | |
| | § | |

## ORIGINAL ANSWER OF DEFENDANT MESA WELL SERVICING, LP
## AND VERIFIED DENIAL

Now Comes Defendant Mesa Southern Well Servicing, LP files its Original Answer in this cause.  Defendant would respectfully show the court the following:

## I.

## GENERAL DENIAL

Defendant generally denies each and every allegation contained in Plaintiff's Original Petition and demands strict proof thereof.

## II.

## VERIFIED DENIAL
## NO CAPACITY TO BE SUED

Defendant expressly and specifically denies that it has the capacity to be sued. Defendant does not have the capacity to be sued because it is not a legal entity and does not exist. On May 22, 2014, Mesa Southern Well Servicing, LP, a Texas limited partnership, was merged with Mesa Southern CWS Acquisition, LP, a Texas limited partnership, and did not survive the merger.

This document was retrieved from the iDocket.com website.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that it be dismissed as a party to this action and in the alternative, that judgment be rendered in its favor on all issues.

Respectfully Submitted,

Brian L. Blakeley
State Bar No. 029428900

BLAKELEY LAW FIRM
503 Avenue A, Suite 1121
San Antonio, Texas 78215
Tel: 210.860.1438
brian@blakeleylawfirm.com
**ATTORNEYS FOR DEFENDANT MESA WELL SERVICING, LP.**

**CERTIFICATE OF SERVICE**

On the 4th day of May 2017, the foregoing instrument was served on the individuals identified below by the means indicated:

Brian L. Blakeley

Mr. Fred Shuchart
COOPER & SCULLY, P.C.
815 Walker St., Suite 1040
Houston, Texas
(713) 236-6880 fax
Fred@cooperscully.com
ATTORNEYS FOR PLAINTIFF

**Electronically Via the Court's Electronic Filing Manager**

This document was retrieved from the iDocket.com website.

## VERIFICATION

STATE OF TEXAS                        §
                                      §
COUNTY OF _Atascosa_____              §

On this day, Alan Claiborne appeared before me, the undersigned notary, and, after being duly sworn by me, stated that he has read the foregoing Original Answer and Verified Denial and that the factual allegations stated therein are within his personal knowledge and true and correct.

_____
ALAN CLAIBORNE


SUBSCRIBED AND SWORN TO BEFORE ME ON THIS _4th_ DAY OF MAY, 2017.


_____
NOTARY PUBLIC, STATE OF TEXAS



GEORGEANNA SCHANE
My Notary ID # 6364622
Expires October 11, 2020

This document was retrieved from the iDocket.com website.

**Cause Number 17-03-56979-CV**

| | | |
|---|---|---|
| MLB CONSULTING , LLC | § | IN THE |
| PLAINTIFF | § | |
| | § | 79TH  DISTRICT COURT |
| V. | § | |
| | § | OF |
| SUNDANCE ENERGY, INC | § | |
| AND | § | JIM WELLS COUNTY, TEXAS |
| MESA SOUTHERN WELL SERVICING, | § | |
| LP | § | |
| DEFENDANTS | § | |
| | § | |

**ORIGINAL ANSWER OF DEFENDANT MESA WELL SERVICING, LP
AND VERIFIED DENIAL**

Now Comes Defendant Mesa Southern Well Servicing, LP files its Original Answer in this cause.  Defendant would respectfully show the court the following:

**I.**

**GENERAL DENIAL**

Defendant generally denies each and every allegation contained in Plaintiff's Original Petition and demands strict proof thereof.

**II.**

**VERIFIED DENIAL
NO CAPACITY TO BE SUED**

Defendant expressly and specifically denies that it has the capacity to be sued. Defendant does not have the capacity to be sued because it is not a legal entity and does not exist. On May 22, 2014, Mesa Southern Well Servicing, LP, a Texas limited partnership, was merged with Mesa Southern CWS Acquisition, LP, a Texas limited partnership, and did not survive the merger.

This document was retrieved from the iDocket.com website.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that it be dismissed as a party to this action and in the alternative, that judgment be rendered in its favor on all issues.

Respectfully Submitted,

Brian L. Blakeley
State Bar No. 029428900

BLAKELEY LAW FIRM
503 Avenue A, Suite 1121
San Antonio, Texas 78215
Tel: 210.860.1438
brian@blakeleylawfirm.com
**ATTORNEYS FOR DEFENDANT MESA WELL SERVICING, LP.**

## CERTIFICATE OF SERVICE

On the 4th day of May 2017, the foregoing instrument was served on the individuals identified below by the means indicated:

Brian L. Blakeley

Mr. Fred Shuchart
COOPER & SCULLY, P.C.          **Electronically Via the Court's Electronic**
815 Walker St., Suite 1040          **Filing Manager**
Houston, Texas
(713) 236-6880 fax
Fred@cooperscully.com
ATTORNEYS FOR PLAINTIFF

This document was retrieved from the iDocket.com website.

## VERIFICATION

STATE OF TEXAS                         §
                                       §
COUNTY OF _Atascosa_____          §

On this day, Alan Claiborne appeared before me, the undersigned notary, and, after being duly sworn by me, stated that he has read the foregoing Original Answer and Verified Denial and that the factual allegations stated therein are within his personal knowledge and true and correct.



_____
ALAN CLAIBORNE

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS _4th_ DAY OF MAY, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

GEORGEANNA SCHANE
My Notary ID # 6364622
Expires October 11, 2020

This document was retrieved from the iDocket.com website.

# Exhibit A-7

Filed 5/17/2017 10:08:19 AM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Sandra Garcia, Deputy

## CAUSE NO. 17-03-5697-CV

| | | |
|---|---|---|
| **MLB CONSULTING, LLC,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **79th JUDICIAL DISTRICT** |
| | § | |
| **SUNDANCE ENERGY, INC. D/B/A SEA** | § | |
| **EAGLE FORD, LLC AND MESA** | § | |
| **SOUTHERN WELL SERVICING, LP,** | § | |
| | § | |
| **Defendants.** | § | **JIM WELLS COUNTY, TEXAS** |

### DEFENDANT SUNDANCE ENERGY, INC.'S
### ORIGINAL ANSWER

**COMES NOW**, Sundance Energy, Inc. ("Sundance" or "Defendant"), Defendant in the above entitled and numbered cause, and files this, its Original Answer, and for such would respectfully show the Court as follows:

### I.

Defendant denies all and singular the allegations contained in Plaintiff's Original Petition and demands strict proof thereof.

### II.

Defendant denies that it has ever done business as SEA Eagle Ford, LLC, and says SEA Eagle Ford is a separate legal entity.

### III.

Defendant says that it is an insured under National American Insurance Company's policy issued to MLB, and Defendant's indemnity obligation, if any, is only excess of the coverage available under the National American Policy.

**IV.**

Defendant says National American has no right of subrogation against its own insured.

WHEREFORE, PREMISES CONSIDERED, Sundance Energy, Inc. prays that Plaintiff take nothing by this suit, and that Defendant go hence and recover costs in its behalf expended.

Respectfully submitted,


  */s/ James H. Moody, III*
JAMES H. MOODY, III
Texas Bar No. 14307400
hmoody@qslwm.com

QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telecopy)

**ATTORNEY FOR DEFENDANT
SUNDANCE ENERGY, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument has been furnished to all counsel in the manner designated below, in accordance with the Texas Rules of Civil Procedure, on this 17th day of May, 2017.

Fred L. Shuchart                        ***Via Facsimile No. (713) 236-6800***
COOPER & SCULLY, P.C.
815 Walker Street, Suite 1040
Houston, Texas 77002

Brian L. Blakeley                       ***Via E-mail:  brian@blakeleylawfirm.com***
Blakeley Law Firm
503 Avenue A, Suite 1121
San Antonio, Texas 78215

                                   */s/ James H. Moody, III*
                                **JAMES H. MOODY, III**

# Exhibit A-8

| | | |
|---|---|---|
| **Form 622**<br>**(Revised 05/11)**<br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>**Filing Fee: see instructions** | THE STATE OF TEXAS<br><br>**Certificate of Merger**<br>**Combination Merger**<br>**Business Organizations Code** | This space reserved for office use.<br><br>**F I L E D**<br>**In the Office of the**<br>**Secretary of State of Texas**<br><br>**MAY 2 2 2014**<br><br>**Corporations Section** |

**Parties to the Merger**

Pursuant to chapter 10 of the Texas Business Organizations Code, and the title applicable to each domestic filing entity identified below, the undersigned parties submit this certificate of merger.

The name, organizational form, state of incorporation or organization, and file number, if any, issued by the secretary of state for each organization that is a party to the merger are as follows:

Party 1

Mesa Southern Well Servicing, LP
*Name of Organization*
The organization is a   limited partnership                    It is organized under the laws of
                     *Specify organizational form (e.g., for-profit corporation)*
TX            USA                The file number, if any, is  801421123
*State*     *Country*                                       *Texas Secretary of State file number*
Its principal place of business is  1437 E Street          Jourdanton        TX
                                   *Address*                *City*           *State*

☐ The organization will survive the merger.   ☑ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization.  The new name is set forth below.

                                   *Name as Amended*

Party 2

Mesa Southern CWS Acquisition, LP
*Name of Organization*
The organization is a   limited partnership                    It is organized under the laws of
                     *Specify organizational form (e.g., for-profit corporation)*
TX            USA                The file number, if any, is  80144568783
*State*     *Country*                                       *Texas Secretary of State file number*
Its principal place of business is  1437 E Street          Jourdanton        TX
                                   *Address*                *City*           *State*

☑ The organization will survive the merger.   ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization.  The new name is set forth below.

                                   *Name as Amended*

Party 3

Name of Organization
The organization is a                              It is organized under the laws of
                     *Specify organizational form (e.g., for-profit corporation)*

Form 622                        5

The file number, if any, is _____

_____                                   _____
State          Country                                    Texas Secretary of State file number
Its principal place of business is _____
                                  _____     _____
                                  Address          City          State

☐ The organization will survive the merger.    ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization.  The new name is set forth below.

_____
Name as Amended

## Plan of Merger

☐ The plan of merger is attached.
*If the plan of merger is not attached, the following statements must be completed.*

### Alternative Statements

In lieu of providing the plan of merger, each domestic filing entity certifies that:

1. A signed plan of merger is on file at the principal place of business of each surviving, acquiring, or new domestic entity or non-code organization that is named in this form as a party to the merger or an organization created by the merger.

2. On written request, a copy of the plan of merger will be furnished without cost by each surviving, acquiring, or new domestic entity or non-code organization to any owner or member of any domestic entity that is a party to or created by the plan of merger and, if the certificate of merger identifies multiple surviving domestic entities or non-code organizations, to any creditor or oblige of the parties to the merger at the time of the merger if a liability or obligation is then outstanding.

*Complete item 3B if the merger effected changes to the certificate of formation of a surviving filing entity.*

3A.  No amendments to the certificate of formation of any surviving filing entity that is a party to the merger are effected by the merger.

3B.  ☐  The plan of merger effected changes or amendments to the certificate of formation of:

_____
Name of filing entity effecting amendments

The changes or amendments to the filing entity's certificate of formation, other than the name change noted previously, are stated below.

Amendment Text Area

```



```

4. Organizations Created by Merger
The name, jurisdiction of organization, principal place of business address, and entity description of each entity or other organization to be created pursuant to the plan of merger are set forth below.  The certificate of formation of each new domestic filing entity to be created is being filed with this certificate of merger.

| | | |
|---|---|---|
| *Name of New Organization 1* | *Jurisdiction* | *Entity Type (See instructions)* |

| | | | |
|---|---|---|---|
| *Principal Place of Business Address* | *City* | *State* | *Zip Code* |

| | | |
|---|---|---|
| *Name of New Organization 2* | *Jurisdiction* | *Entity Type (See instructions)* |

| | | | |
|---|---|---|---|
| *Principal Place of Business Address* | *City* | *State* | *Zip Code* |

| | | |
|---|---|---|
| *Name of New Organization 3* | *Jurisdiction* | *Entity Type (See instructions)* |

| | | | |
|---|---|---|---|
| *Principal Place of Business Address* | *City* | *State* | *Zip* |

## Approval of the Plan of Merger

The plan of merger has been approved as required by the laws of the jurisdiction of formation of each organization that is a party to the merger and by the governing documents of those organizations.

☐ The approval of the owners or members of _____

<em>Name of domestic entity</em>

was not required by the provisions of the BOC.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☐ This document becomes effective when the document is accepted and filed by the secretary of state.

B. ☑ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: May 31, 2014

C. ☐ This document takes effect on the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

_____

## Tax Certificate

☐ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid by the non-surviving filing entity.

☑ In lieu of providing the tax certificate, one or more of the surviving, acquiring or newly created organizations will be liable for the payment of the required franchise taxes.

Form 622                                          7

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code, or other law applicable to and governing the merging entity, to execute the filing instrument.

Date:  May 21, 2014

Mesa Southern Well Servicing, LP
Merging Entity Name

Signature of authorized person (see instructions)

James D. Finley, President of Mesa SWS GP, LLC,
Printed or typed name of authorized person   its general partner

Mesa Southern CWS Acquisition, LP
Merging Entity Name

Signature of authorized person (see instructions)

James D. Finley, President of MSCWS, LLC,
Printed or typed name of authorized person   its general partner

Merging Entity Name

Signature of authorized person (see instructions)

Printed or typed name of authorized person

# Exhibit A-9

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **MLB CONSULTING, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SUNDANCE ENERGY, INC. D/B/A SEA** | § | **CIVIL ACTION NO.** _2:17-CV-0169_ |
| **EAGLE FORD, LLC AND MESA** | § | |
| **SOUTHERN WELL SERVICING, LP,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**DEFENDANT MESA SOUTHERN WELL SERVICING, LP'S
<u>CONSENT TO REMOVAL</u>**

Defendant Mesa Southern Well Servicing, LP consents to the removal of the action styled

*MLB Consulting, LLC v. Sundance Energy, Inc. d/b/a Sea Eagle Ford, LLC and Mesa Southern*

*Well Servicing, LP*, Cause No. 17-03-56979-CV, from the 79th Judicial District Court of Jim

Wells County, Texas, to this Court.

Respectfully submitted,

_/s/ Brian L. Blakeley_
Brian L. Blakeley
State Bar No. 029428900
BLAKELEY LAW FIRM
503 Avenue A, Suite 1121
San Antonio, Texas 78215
(210) 860-1438 (Telephone)
brian@blakeleylawfirm.com

**ATTORNEYS FOR DEFENDANT
MESA WELL SERVICING, L.P.**