UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MLB CONSULTING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-169 |
| | § | |
| SUNDANCE ENERGY, INC.; dba SEA EAGLE FORD, LLC, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal Without [sic] Prejudice (D.E. 40), the Court enters final judgment dismissing this action with prejudice, as requested in the body and request of the stipulation.

ORDERED this 14th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE